SCWC-16-0000661

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE INTEREST OF MM

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000661; FC-S NOS. 13-00059 and 14-00222)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Father-Appellant's application for writ of certiorari filed on November 14, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 8, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

